**THE HON. ROBERT J. BRYAN**

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> TACOMA ARCHITECTURAL METALS, LLC, <br><br> Defendant. | NO. C07-5400RJB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

TO:   TACOMA ARCHITECTURAL METALS, LLC,

PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed.

DATED this 16th day of August, 2007.

s/ Mark E. Brennan
WSBA No. 8389
Attorney for plaintiffs
Robblee Brennan & Detwiler
1100 Olive Way, Suite 1620
Seattle, WA 98101
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mbrennan@unionattorneysnw.com

NOTICE OF VOLUNTARY DISMISSAL - C07-5400RJB - 1

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
============================
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY · SEATTLE, WA 98101
206.467.6700 · 206.467.7589 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: TACOMA ARCHITECTURAL METALS, LLC, P.O. Box 97056, WA 98497.

s/ Mark E. Brennan
WSBA No. 8389
Attorney for plaintiffs
Robblee Brennan & Detwiler
1100 Olive Way, Suite 1620
Seattle, WA 98101
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail:   mbrennan@unionattorneysnw.com

NOTICE OF VOLUNTARY DISMISSAL -
C07-5400RJB - 2

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
==========================
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY · SEATTLE, WA 98101
206.467.6700 · 206.467.7589 facsimile